Michael O'Neil (pro hac vice)
Albert E. Hartmann (pro hac vice)
Kristen A. DeGrande (pro hac vice)
REED SMITH LLP
10 South Wacker Drive, 40th Floor
Chicago, IL 60606
T: 312-207-1000
michael.oneil@reedsmith.com
ahartmann@reedsmith.com
kdegrande@reedsmith.com

Terence N. Hawley (SBN 179106)
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA 94105
T: 415-659-4786
thawley@reedsmith.com

*Counsel for Defendant
Trans Union LLC*

[Additional counsel on signature page]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VALERIANO SAUCEDO,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>TRANS UNION LLC,<br><br>　　　　Defendant. | Case No. 5:22-CV-04891-PCP<br><br>**JOINT ADMINISTRATIVE MOTION TO HOLD THE JUNE 13, 2024, MOTION HEARING VIA ZOOM VIDEOCONFERENCE**<br><br>[*Stipulation and Proposed Order Filed Contemporaneously Herewith*]<br><br>Complaint filed: August 26, 2022<br>Honorable P. Casey Pitts |

Pursuant to Civil Local Rule 7-11 and Section V of this Court's Standing Order for Civil Cases, Defendant Trans Union LLC ("Trans Union") and Plaintiff Valeriano Saucedo ("Plaintiff") jointly and respectfully request that the June 13, 2024, 10:00 a.m., hearing on Plaintiff's Motion for Leave to Narrow Class Definition be held via Zoom videoconference.

On May 6, 2024, Plaintiff filed a Motion for Leave to Narrow Class Definition ("Motion") (ECF 91.) That Motion is Plaintiff's request to file a fifth amended complaint, to modify his class definitions. (*Id.*) On May 20, 2024, Trans Union filed its opposition to Plaintiff's Motion (ECF 94) and on May 28, 2024, Plaintiff filed his reply in support of the Motion. (ECF 97.) A hearing on Plaintiff's Motion is set for June 13, 2024, 10:00 a.m. ("Motion Hearing").

By this Administrative Motion, the parties respectfully request that the Court hold the Motion Hearing via Zoom videoconference to avoid the time and costs of travel, if possible.

Trans Union's lead counsel is located in Chicago. Due to the distance from Chicago to San Jose, in-person attendance at the Motion Hearing requires travel the day before the hearing and travel the next day. Trans Union seeks to limit the time and costs associated with such travel that would be required if the Motion Hearing proceeds in-person. Although Plaintiff's lead counsel is located in San Francisco, travel to and from the Motion Hearing would nonetheless require approximately three hours of travel time that is avoidable if the Motion Hearing proceeds in-person.

Plaintiff's Motion has been fully briefed and the parties are confident they can advocate for their clients' respective positions on the issues presented in the Motion and answer the Court's questions without the need to be present in-person.

Accordingly, the parties jointly and respectfully request that the Court enter the accompanying stipulation and proposed order to hold the June 13, 2024, 10:00 a.m. Motion Hearing via Zoom videoconference.

– 2 –

| | |
|---|---|
| Dated:  June 6, 2024 | Respectfully submitted, |
| */s/ Marie N. Appel* (w/permission) | */s/ Michael O'Neil* |
| Stan S. Mallison (SBN 184191)<br>StanM@TheMMLawFirm.com<br>Hector R. Martinez (SBN 206336)<br>HectorM@TheMMLawFirm.com<br>Dan Keller (SBN 332576)<br>DKeller@TheMMLawFirm.com<br>MALLISON & MARTINEZ<br>1939 Harrison Street, Suite 730<br>Oakland, CA  94612<br>T: (510) 832-9999 | Michael O'Neil (pro hac vice)<br>Albert E. Hartmann (pro hac vice)<br>Kristen A. DeGrande (pro hac vice)<br>REED SMITH LLP<br>10 South Wacker Drive, 40th Floor<br>Chicago, IL 60606<br>T: 312-207-1000<br>michael.oneil@reedsmith.com<br>ahartmann@reedsmith.com<br>kdegrande@reedsmith.com |
| Michael F. Ram (SBN 104805)<br>mram@forthepeople.com<br>Marie N. Appel (SBN 187483)<br>mappel@forthepeople.com<br>MORGAN & MORGAN<br>711 Van Ness Ave., Ste. 500<br>San Francisco, CA 94102<br>T: (415) 846-3862 | Terence N. Hawley (SBN 179106)<br>REED SMITH LLP<br>101 Second Street, Suite 1800<br>San Francisco, CA 94105<br>T: 415-659-4786<br>thawley@reedsmith.com<br><br>*Counsel for Defendant Trans Union LLC* |
| *Attorneys for Plaintiff and Proposed Class* | |

**ATTESTATION**

I, Michael O'Neil, hereby attest, pursuant to Civil Local Rule 5-1(i)(3), that concurrence in the filing of this document has been obtained from each signatory.

By: /s/ Michael O'Neil
Michael O'Neil