**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VALERIANO SAUCEDO,<br><br>        Plaintiff,<br><br>  vs.<br><br>TRANS UNION LLC,<br><br>        Defendant. | Case No. 5:22-CV-04891-PCP<br><br>**[PROPOSED] ORDER ON JOINT ADMINISTRATIVE MOTION TO HOLD THE JUNE 13, 2024, MOTION HEARING VIA ZOOM VIDEOCONFERENCE** |

Before the Court is the parties' Joint Administrative Motion to hold the June 13, 2024, 10:00 a.m., Hearing on Plaintiff's Motion for Leave to Narrow Class Definition via Zoom Videoconference.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:_____

_____
Honorable P. Casey Pitts
United States District Court Judge